```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16470
   RICHARD L HILL JR
   BARBARA HILL                                 CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5963    SSN XXX-XX-4423

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/13/2006 and was confirmed 07/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/10/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00         .00         .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     23892.32         .00     3007.11
HOLLYWOOD VIDEO          UNSECURED        NOT FILED         .00         .00
JEFFERSON BANK CREDIT CA UNSECURED        NOT FILED         .00         .00
ST FRANCIS HOSPITAL      UNSECURED        NOT FILED         .00         .00
INGALIS HOSPITAL         UNSECURED        NOT FILED         .00         .00
PROVIDIAN                NOTICE ONLY      NOT FILED         .00         .00
SHELL/CITI               UNSECURED        NOT FILED         .00         .00
CHASE BANK               UNSECURED           246.68         .00         .00
PORTFOLIO RECOVERY ASSOC UNSECURED          2468.97         .00         .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY      NOT FILED         .00         .00
BENNIE W FERNANDEZ       DEBTOR ATTY        2,873.00              2,873.00
TOM VAUGHN               TRUSTEE                                    427.33
DEBTOR REFUND            REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            6,307.44

PRIORITY                                          .00
SECURED                                      3,007.11
UNSECURED                                         .00
ADMINISTRATIVE                               2,873.00
TRUSTEE COMPENSATION                           427.33
DEBTOR REFUND                                     .00
                  --------------          --------------
TOTALS             6,307.44                  6,307.44


               PAGE   1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 16470 RICHARD L HILL JR & BARBARA HILL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE